*Louis Marshall* and *Arthur W. Weil* for appellant. *Fred A. Robbins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Chase, Collin, Hogan, Pound, McLaughlin and Crane, JJ.

---

Hannah C. Dennin, Appellant, *v.* Thomas W. Finucane et al., Defendants, and Hiram R. Wood et al., as Executors of Eugene Satterlee, Respondents.

*Dennin* v. *Finucane*, 176 App. Div. 946, affirmed.

(Argued October 9, 1919; decided October 24, 1919.)

Appeal from a judgment entered January 27, 1919, upon an order of the Appellate Division of the Supreme Court

in the fourth judicial department, which affirmed a judgment in favor of defendants, respondents, entered upon an order of Special Term granting a motion by said defendants for judgment in their favor upon the pleadings. Plaintiff sued, in equity, as assignee, for the rescission of certain contracts and the recovery of the purchase price of certain bonds.

*Louis Marshall* and *Arthur W. Weil* for appellant.
*Hugh Satterlee* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.